## STATEMENT OF FACTS

On the morning of Friday, December 8, 2023, the Federal Bureau of Investigation executed a search warrant, issued by the United States District Court for the District of Columbia in case number 23-SW-401, at 3500 14th Street Northwest, Apartment 502, Washington, D.C. 20010. Your affiant was present for the execution of the search warrant.

When the FBI entered the apartment, the defendant, **MARKELL JOHNSON**, emerged from a bedroom. **JOHNSON** was observed to have been the sole occupant of that bedroom. Inside that bedroom, to the right of the bed, is a nightstand with two drawers. From the top drawer, the FBI observed a Washington, D.C., identification card in **JOHNSON**'s name. From the bottom drawer, the FBI recovered suspected cocaine base and a loaded firearm. Specifically, the firearm is a Glock firearm that was loaded with .40 caliber ammunition.



From the top of the bed, the FBI observed a Volkswagen key attached to a wallet. **JOHNSON** stated that the key belonged to his vehicle. The wallet contained a Washington, D.C., driver's license, a health insurance card, and a debit card, all in **JOHNSON**'s name.

Both the identification card and driver's license in **JOHNSON**'s name list 3500 14th Street Northwest, Apartment 502, Washington, D.C. 20010 as **JOHNSON**'s address.

From a nightstand to the left of the bed, the FBI recovered a wallet containing identification and payment cards in the names of multiple individuals with no apparent connection to the apartment.

There are no firearm or ammunition manufacturers in the District of Columbia.  Therefore, the firearm and ammunition in this case would have traveled in interstate commerce before **JOHNSON** possessed it in the District of Columbia.

**JOHNSON** has a prior felony conviction in the Circuit Court for Montgomery County, Maryland, criminal case number 138696C.  On August 18, 2021, **JOHNSON** was convicted of Possession with Intent to Distribute a Controlled Substance and was sentenced to a term of five (5) years' imprisonment, execution of sentence suspended as to all but five (5) months.  Accordingly, **JOHNSON** has a prior conviction for a crime punishable by imprisonment for a term exceeding one year and had knowledge of that fact.  The public docket for that case also indicates that **JOHNSON** provided 3500 14th Street Northwest, Apartment 502, Washington, D.C. 20010., as his home address.

As such, your affiant submits that probable cause exists to charge **JOHNSON** with a violation of 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

Your Affiant has not provided every fact known to him about the investigation but facts sufficient to establish probable cause.

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone.

Christopher Bukovec
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Federal Rule of Criminal Procedure 4.1 by telephone on December 8, 2023.

Honorable Robin M. Meriweather
United States Magistrate Judge